2 (A) In the Matter of JOHN CANTWELL, Respondent, v. MYLES J. LANE, Appellant. (B) In the Matter of WILLIAM F. RICE, JR., as Sheriff of the County of Albany, Respondent, v. MYLES J. LANE, Appellant.— Order settled by extending the time for the appearance of petitioner-respondents to Dec. 27, 1962 at 1:30 P.M. Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.

■ In the Matter of THOMAS L. BURNS, Petitioner, v. BOARD OF REGENTS OF THE UNIVERSATY OF THE STATE OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Stay continued until application can be made to the Court of Appeals for leave to appeal, but not later than January 17, 1963. Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.

■ SADGE MAIELLO, Respondent, v. PETER HARRINGTON, Appellant. ANTHONY MAIELLO, Respondent, v. PETER HARRINGTON, Appellant.— Motion granted. Present — Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ.

## (December 13, 1962)

■ HARRY KIRKER, Respondent, v. CHARLES SPALT, Doing Business as SPALT REALTY COMPANY, et al., Appellants. FRANCIS L. McQUIDE et al., Respondents, v. CHARLES SPALT, Doing Business as SPALT REALTY COMPANY, et al., Appellants.— Appellants' motion for extension of time to file records and briefs extended to February 1, 1963. Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ., concur.

## (December 21, 1962)

■ In the Matter of JOHN H. PENNOCK, Albany County Attorney, Respondent, v. MYLES J. LANE et al., Individually and Constituting the Temporary State Commission of Investigation of the State of New York, Appellants. — Motion to place appeal on the January 1963 Calendar granted. The appeal is placed on the calendar for January 17. Respondent may file his brief in typewritten or mimeographed form on or before January 14. Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.

■ THERESA E. DAISERNIA, as Administratrix of the Estate of NICHOLAS DAISERNIA, Deceased, et al., Respondents, v. CO-OPERATIVE G. L. F. HOLDING CORPORATION, Appellant.— Motion for stay granted upon condition defendant-appellant argue or submit its appeal at the January 1963 Term. Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.